(AO - REV. 4/91) Consent to Proceed



## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | *Consent to Proceed Before United States Magistrate Judge* |
| VS. | |
| WINCHELL LARMONT ALSTON | Case No. 5:10-CR-43-2H |

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to assistance of legal counsel. The Magistrate Judge has informed me of my right to trial, judgment, and sentencing before a United States District Judge.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO ARRAIGNMENT BEFORE AN UNITED STATES DISTRICT JUDGE, AND I CONSENT TO AN ARRAIGNMENT BEFORE THE UNITED STATES MAGISTRATE JUDGE.

X _____
Defendant

X _____
Defense Attorney

X _____
United States Attorney

X _____
U.S. Magistrate Judge
DAVID W. DANIEL